UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/09
```

-------------------------------------------x

HYPOXICO INC.,                    :

                    Plaintiff,    :        02 Civ. 6191 (TPG)

        – against –               :            **ORDER**

COLORADO ALTITUDE TRAINING, et al.,  :

                    Defendants.   :

-------------------------------------------x

        Defendants seek an extension of time, to March 27, 2009, to file a reply in support of their Motion for Judgment as a Matter of Law. Plaintiff opposes any extension past March 18, 2009. Defendants' request is granted.

        Plaintiff seeks leave to file a surreply in response to the reply memorandum submitted by defendants in support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction. Plaintiff's request is granted.

        SO ORDERED.

Dated:  New York, New York
        March 10, 2009

                                    Thomas P. Griesa
                                    U.S.D.J.