```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

HYPOXICO INC.,

                       Plaintiff,

      – against –

COLORADO ALTITUDE TRAINING, et al.,

                      Defendants.

------------------------------------------------x

02 Civ. 6191 (TPG)

**ORDER**

      Plaintiff seeks leave to file a surreply in response to the reply memorandum submitted by defendants in support of their Motion for Judgment as a Matter of Law. Plaintiff's request is granted.

      SO ORDERED.

Dated:  New York, New York
          April 17, 2009

Thomas P. Griesa
U.S.D.J.