UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

HYPOXICO INC.,

                          Plaintiff,     :    02 Civ. 6191 (TPG)

        – against –           :    **ORDER**

COLORADO ALTITUDE TRAINING, et al.,

                      Defendants.

------------------------------------------------x

      Defendants move to correct a typographical error in the order dated September 29, 2008. Plaintiff consents to the motion. The motion is granted. The portion of the line on page two of the September 29, 2008 order that reads "claims 3, 6, and 17 in United States Patent 5,964,222" is amended to read "claims 3, 16, and 17 in United States Patent 5,964,222."

      SO ORDERED.

Dated:  New York, New York
          May 27, 2009

                                                 Thomas P. Griesa
                                                 U.S.D.J.