UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x
                             :

HYPOXICO, INC.,               :
                             :

             Plaintiff,    :      02 Civ. 6191 (TPG)
                             :

        – against –      :      **ORDER**
                             :

COLORADO ALTITUDE TRAINING LLC, :
and LAWRENCE KUTT,        :
                             :

           Defendants.    :
                             :
-------------------------------------------x

      Plaintiff has requested a one business-day extension of time to respond to defendants' Daubert Motion to Exclude Plaintiff's Expert Damages Testimony.  The motion is granted.  Plaintiff's opposition is due on Monday, January 23, 2012.  Defendants' reply is due Thursday, January 26, 2012.

      SO ORDERED.

Dated:  New York, New York
         January 19, 2012

                                 Thomas P. Griesa
                                 U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 | 19 | 12