January 17, 2012

Lawrence Kutt<br>
308 McConnell Drive<br>
Lyon, CO 80540

Ruby J. Krajick, Clerk of Court
cc: Pro Se Office
Daniel Patrick Moynihan United States District Court
Southern District of New York
500 Pearl Street, Room 230
New York, New York 10007

Re: **Hypoxico, Inc. v. Colorado Altitude Training, LLC, et al., 02-CV-6191**

Dear Ms. Krajick:

On August 5, 2009, Judge Griesa entered an Order granting my application to proceed *in forma pauperis*. I hereby request to withdraw my *in forma pauperis* status.

Please let me know if you have any questions. Thank you.

Respectfully yours,

*[signature]*

Lawrence Kutt



RECEIVED JAN 18 2012 PRO SE OFFICE