USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

HYPOXICO, INC.,

                        Plaintiff,

        – against –

COLORADO ALTITUDE TRAINING LLC,
and LAWRENCE KUTT,

                      Defendants.

------------------------------------------------x

02 Civ. 6191 (TPG)

**ORDER**

      Defendants request to file a 30-page memorandum of law in support of their renewed motion for judgment as a matter of law, rather than the 25 pages provided for under the court's Individual Practices.

      Defendants' request is granted.

      SO ORDERED.

Dated:  New York, New York
          March 9, 2012

                                                Thomas P. Griesa
                                                U.S. District Judge