Grusa, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Hypoxico, Inc.,

                        Plaintiffs,

      -against-

Colorado Altitude, *et al.*

                        Defendants.

**ECF Case**

Civil Action No.
02-CV-06191 (TPG)

---

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. NONNA

**PLEASE TAKE NOTICE** that John M. Nonna, formerly of Dewey & LeBoeuf LLP, and currently of Patton Boggs LLP, hereby withdraws his appearance as counsel to Defendants in the above referenced proceeding.

Dated: May 7, 2012

                                                  John M. Nonna
                                                  Patton Boggs LLP
                                                  1185 Avenue of the Americas
                                                  New York, NY 10036
                                                  Telephone: (646) 557-5100
                                                  Facsimile: (646) 557-5101

SO ORDERED  5/8/12

_/s/ Thomas P. Griesa_
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY F[ ]
DOC #: _____
DATE FILED: 5/8/2012
```