USDC SD
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HYPOXICO, INC.,

                       Plaintiff,                  02 **CIVIL** 6191 (TPG)

    -against-                             **JUDGMENT**

COLORADO ALTITUDE TRAINING LLC, and
LAWRENCE KUTT,
                      Defendants.
-----------------------------------------------------------X

Whereas a trial was held on this case on January 30, 2012; at the close of evidence, the Court having dismissed Hypoxico's claims against defendant Lawrence Kutt, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court having issued its Order dismissing Kutt as a defendant in this case, it is,

**ORDERED, ADJUDGED AND DECREED:** for the reasons stated in the Court's Order dated August 8, 2012, Kutt is dismissed as a defendant in this case and judgment is entered in his favor.

**DATED:** New York, New York
            August 9, 2012

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                 BY:
                                                    Deputy Clerk

**THIS DOCUMENT** WAS ENTERED
**ON THE DOCKET ON** _____